UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

        - v. -                :   MISDEMEANOR INFORMATION

PAMELA JAVADIAN,                  :   07 CRIM 613

        Defendant.             :

- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1.  From in or about 2004 through in or about April 2005, in the Southern District of New York and elsewhere, PAMELA JAVADIAN, the defendant, being an officer and employee of the United States and of a department and agency thereof, unlawfully, willfully, and knowingly did publish, divulge, disclose, and make known in a manner and to an extent not authorized by law information coming to her in the course of her employment and official duties and by reason of an examination and investigation made by, and return, report, and record made to and filed with, such department and agency and officer and employee thereof, which information concerned and related to the identity, confidential statistical data, amount and source of income, profit, loss, and expenditure of a person, to wit, while employed as an asylum officer with United States Citizenship and Immigration Services (formerly known as the United States

Immigration and Naturalization Service), JAVADIAN disclosed to a third-party without authorization various internal agency assessments containing confidential information received from asylum applicants during the application and interview process.

(Title 18, United States Code, Section 1905.)

*/s/ Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**PAMELA JAVADIAN,**

**Defendant.**

---

MISDEMEANOR INFORMATION

(Title 18, United States Code,
Section 1905.)

                        MICHAEL J. GARCIA
                       United States Attorney